E-FILED
Wednesday,.22 June, 2016  10:19:42 AM
Clerk, U.S. District Court, ILCD

FILED
JUN 2 1 2016
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

BRANDEN COLVIN SR.                    )
                                       )
              Plaintiff                )
                                       )
       vs.                             )
                                       )
POLICE DEPARTMENT                      )
ROCK ISLAND                            )
_____                )
_____                )
_____                )
_____                )
_____                )
_____ ,             )
                                       )
              Defendant(s)             )

Case No. 2016CF322
*(The case number will be assigned by the clerk)*

*(List the full name of ALL plaintiffs and defendants in the caption above.  If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known.  This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws.  Your particular claim may be based on different or additional sources of federal law.  You may adapt this form to your claim or draft your own complaint.*

☐   42 U.S.C. §1983 (state, county or municipal defendants)

☐   Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐   Other federal law: _____

☐   Unknown _____

_____

*\*Please refer to the instructions when filling out this complaint.  Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint.  This is not the form to file a habeas corpus petition.*

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A.  Plaintiff:

Full Name: BRANdEN CoLVIN SR

Prison Identification Number: M46512

Current address: 1317 3Rd AVE RocK ISLANd, IL, 61201

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B.  Defendants

Defendant #1:    POLiCE DEPARTMENT

Full Name: ARESTIng OFFiCER

Current Job Title: PoLiCE

Current Work Address _____

_____

Defendant #2:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

Defendant #3:

Full Name: _____

2

Current Job Title: _____

Current Work Address _____

_____

Defendant #4:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?    Yes ☐    No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐    No ☑

3

C. If your answer to B is yes, how many? _N/A_ Describe the lawsuit(s) below.

   1. Name of Case, Court and Docket Number _N/A_
   _____

   2. Basic claim made _____ _N/A_ _____

   3. Disposition (That is, how did the case end?  Was the case dismissed?  Was it appealed?  Is it still

pending?) _____ _N/A_ _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint.  However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☐   No ☑ _N/A_

B. Have you filed a grievance concerning the facts relating to this complaint?

    Yes ☐   No ☑ _N/A_

If your answer is no, explain why not _DON'T KNOW HOW it WORKS N/A_
_____

C. Is the grievance process completed?   Yes ☐   No ☑ _N/A_

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  7-11 ELEVENTH STREET GAS STATION

Date(s) of the occurrence  4-16-2016

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

My 13th AMENDMENT WAS VIOLATED

POLICE CAME UP TO THE SUV I WAS IN ON FOOT WITH TAZER OUT,
I WAS AT THE GAS pump WITH DRIVER DOOR OPEN LOOKING FOR GAS BUTTON.
POLICE OFFICER PULLS ME OUT VEHICLE TAKES TO THE GROUND PUT HAND CUFFS ON ME THEN POLICE TRUCK PULLS UP, THE OFFICER WITH THE TAZER WHO PUT CUFFS ON ME ASKED ME ~~Do You~~ ~~"WHO TRUCK~~ "DO You KNOW ~~He~~ WHO TRUCK THIS IS" THEN PUT ME IN THE POLICE TRUCK AND TOOK ME TO JAIL.
FIRST APPEARANCE I'M TOLD I WAS ARRESTED FOR TRAFFIC VIOLATIONS And My PUBLIC DEFENDER PUT IN FOR ME TO TAKE A FITNESS TEST, WHEN A MOTION FOR DISCOVERY IS WHAT SHOULD OF BEEN FILED THEN MOTION TO DISMISS CASE # 2016 CF 322, FALSE POLICE

5

REPORT BECAUSE WHEN I GOT REVOKED
FOR PAROLE I READ WHAT THEY WROTE
And IT WAS FALSE And MADE UP LIES
MY CHARGES Aggravated FLEEing (ELuding)
And THEY CHARGED ME IN COURT WITH
THREATing MY PUBLIC DEFENDER BARREN HEIGHTS
BECAUSE I WAS UPSET About Him PuTting
IN For ME TO TAKE A FITNESS TEST,
And IT PUT ME IN A FRENZIED STATE
And goT A NEW CHARGE, I JUST WANTED
CONFLICT OF INTEREST.
POLICE CANNOT PRODUCE NO VIDEO EVIDENCE
OF NOTHing THEY STATED IN THE REPORT
BECAUSE None OF IT TOOK PLACE.
I HAVE BEEN Found UNFIT To STAND TRIAL
BY THERE DR. WITHERSpoon And Under WHAT
grounds I HAVE NOT THE FAINTEST CLUE
BECAUSE I UNDERSTAND THE RULES IN And
THE COURT PROCESS!
So I'm SiTting IN JAIL WAITing on BED
SPACE TO go TO THE MAXimum MENTAL
INSTITUTE, And mY PAROLE goT REVOKED
So AFTER MENTAL INSTITUTE BACK HERE
TO JAIL TO FACE FALSE CHARGES THEN
TO PRISON FOR NOTHing I go!

RELIEF REQUESTED

(State what relief you want from the court.)

I WANT TO BE COMPESATED FOR VIOLATION
13th AMENDMENT RIGHTS
    MENTAL AnGuiSH FRom FALSE ImpRisonmENt
JAiL, CHESTER mENtAL INSTiTuTion, PRison
PAROLE goT REVOKED!
And I WAS dEALing With A DCF CASE
And About To moST LiKELy gET CuSTody
of my 22yR OLD Son And 12yR DAughTER
Now my RighTS WiLL BE TAKEN NEXT CouRT
DATE in SEPT. 2016, For DUE To my FALSE ImpRison-
                                                              mENt!

JURY DEMAND        Yes ☑        No ☐

Signed this _Branden C_ day of _6-15-2016_ , 20_16_ .

_Branden Calvin Jr_

( Signature of Plaintiff)

| Name of Plaintiff:<br>BRANdEN CALViN | Inmate Identification Number:<br>M46512 |
|---|---|
| Address: 1317 3Rd STREET<br>RI, IL, 61201 | Telephone Number:<br>(309) 732-1782 |

8



MAIL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK
Room 40
FEDERAL BUILDING
211 19th STREET
ROCK ISLAND IL, 61201

BRANDEN COLVIN JR
1317 3Rd AVE
ROCK ISLAND, 61201

RECEIVED

JUN 21 2016

U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS